# Third District Court of Appeal

## State of Florida

Opinion filed May 25, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

Nos. 3D21-670 & 3D21-1220
Lower Tribunal No. 20-4958

————————————

**Walgreen Co., etc.,**
Appellant,

vs.

**947 Lincoln Road Holdings, LLC, etc.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Mitrani, Rynor, Adamsky & Toland, P.A., and Isaac J. Mitrani and Loren H. Cohen; Greenberg Traurig, P.A., and Elliot H. Scherker and Brigid F. Cech Samole and Bethany J.M. Pandher, for appellant.

Boies Schiller Flexner, LLP and Bruce Weil and Tyler Ulrich; Heise Suarez Melville, P.A., and Mark J. Heise; Joel S. Perwin, P.A., and Joel S. Perwin, for appellee.

Before LINDSEY, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.